# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

LLOYD P. KISSICK,

    Plaintiff,

vs,

CITY OF MESA, ARIZONA, a Municipal Corporation and CITY OF MESA POLICE DEPARTMENT

    Defendants,

Case No. 19-50117



FILED
MAY 17 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR MONEY DAMAGES

NOW COMES the Plaintiff, LLOYD P. KISSICK, (hereinafter KISSICK), and in this Complaint for Money Damages against the CITY OF MESA, ARIZONA, (hereinafter THE CITY) and the CITY OF MESA POLICE DEPARTMENT (hereinafter Police Department) states as follows:

1. This is a civil action for money damages against The City and the Police Department for committing acts under color of law which deprived the Plaintiff Kissick of rights under the U.S. Constitution and laws of the United States.

2. The court has jurisdiction of this action under 42 U.S.C., Sec. 1983 and 28 U.S.C. Sec. 1331 and 1343.

3. Plaintiff Kissick is a citizen of Winnebago County, State of Illinois and also of the United States of America.

4. The City is a Minicipal Corporation organized under the laws of the State of

1

Arizona as is the Police Department.

5. The Superintendent of Police, acting officers of the Police Department, are unknown at this time but all were acting under the color of statutory law and employed by the Police Department.

6. Notice of CLAIM AGAINST THE CITY OF MESA was given November 13, 2017 at 1121 HOURS.

### Count 1

A. On and about May 20/21, 2017, Plaintiff Kissick was arrested at his home on an arrest warrant for failure to appear in court on a misdemeanor criminal charge by officers of the Police Department whose identities are unknown.

B. Plaintiff Kissick did not resist or attempt to resist or offer any verbal or physical violence towards said officers of the Police Department.

C. Officers of the Police Department and The City used excessive force and bodily choked and squeezed Kissick's arms and legs and body causing extensive bruising withour lawful justification in the course of the arrest and jailing all in violation of Kissick's constitutional rights set out in Paragraphs 1 and 2 and the 14th Amendment of the U.S. Constitution.

D. During the course of the arrest and booking the Jailer asked the arresting officer, 'I wonder what he (Kissick) was originally arrested for?' Unknown officer replied that 'I can get that.' Arresting officer left the room and returned with printout which he and Jailer examined at desk which Kissick was sitting across from. Plaintiff Kissick witnessed Jailer point

2

to statement contained therein which indicated Plaintiff was INDIGENT. Upon confirming by nods the duo proceeded to stand Plaintiff Kissick up and began choking and squeezing Kissick's arms and legs and body causing extensive bruising without lawful justification in the course of the arrest all in violation of Kissick's constitutional rights set out in Paragraphs 1 and 2 and the 14th Amendment of the U.S. Constitution.

D. During the course of the arrest, the unknown officers of the Police Department chanted "Where are the Drugs"- none of which existed and caused said police officers to choke and squeeze the Plaintiff to a further extent.

E. As a result of the unlawful concerted and malicious physical abuse of Kissick performed with deliberate and callous disregard of Kissick's rights the Plaintiff Kissick was deprived of his right to due process and equal protection of the laws in violation of the 14th Amendment and the statutes identified in Paragraph 2. All actions of the police officers were in the scope and course of their employment under color of law and The City and the Police Department are vicariously liable for the unlawful conduct of their agents the police officers.

WHEREFORE, the Plaintiff, LLOYD P. KISSICK, demands judgment against the CITY OF MESA, ARIZONA, a Municipal Corporation, and the CITY OF MESA POLICE DEPARTMENT, compensatory damages in an amount of $50,000 and for punitive damages of $100,000 plus costs of this action and such other relief as the court deems just and equitable.

**PLAINTIFF KISSICK DEMANDS TRIAL BY JURY**

LLOYD P. KISSICK, Plaintiff

BY: _____*[signature]*_____
Lloyd P. Kissick

Date: __May 17, 2019_____

EXHIBIT (EX)     I:   CLAIM AGAINST THE CITY OF MESA

EXHIBITS (EXS)  II A,B,C,D,E,F,G, :  Full color pictures taken around 0400 HOURS

on May 21, 2017

4

# CLAIM AGAINST THE CITY OF MESA

mesa

MESA CITY CLERK
2017 NOV 13 AM 11:21

May, 2014

Any person who has a claim against the City of Mesa shall file the claim with the Mesa City Clerk within 180 days after the claim arises. The claim must be filed with the Office of the City Clerk, 20 E. Main Street, Suite 150, MS-1003, Mesa, AZ 85201.

All claims must comply with Arizona law, including A.R.S. §12-821.01. If you are unsure about your legal rights and obligations, you should consult a lawyer.

CLAIMANT'S NAME: LLOYD PRESTON KISSICK
ADDRESS: 2212 East BAYWOOD Ave
CITY: MESA  STATE: AZ  ZIP: 85204  PHONE: 815-997-9077
EMAIL: LLOYDSLINE@COMCAST.NET

DATE OF INCIDENT: MAY 21, 2017  TIME OF DAY: 0000hrs → 0100hrs
ADDRESS/LOCATION OF INCIDENT: 2212 E BAYWOOD Ave., MESA AZ 85204 / CITY OF MESA BOOKING

DESCRIPTION OF THE INCIDENT: (Please be specific and give as many details as possible. Use another piece of paper if necessary.)

HAD SUP. COURT CHARGES SCRATCHED & CITY OF MESA PICKED UP THE SCRATCHED CHARGES UNBEKNOWNST TO ME. THEN I AM ARRESTED FOR NON-APPEARANCE AND SAVAGELY WORKED OVER BY ARRESTING OFFICER & BOOKING OFFICER

EXPLAIN WHY YOU BELIEVE THE CITY WAS AT FAULT: ARRESTING OFFICER & BOOKING OFFICER GAINED ACCESS TO original details OF MY CHARGES AND UPON NOTICING my erroneous "INDIGENT" STATUS- PROCEEDED TO INITIATE VICIOUS HAZING RESULTING IN WIDESPREAD BRUISES OF UPPER & lower EXTREMITIES. THEY WANTED ME TO FIGHT BACK, and then I would receive host OF NEW CHARGES AND MY BRUISING WOULD be attributed TO they THEIR ATTEMPTS TO SUBDUE ME AFTER I ACTED OUT... BUT I DID NOT GO for their ruse. I HAVE HAD & KNOW OF OTHER INSTANCES where CITY OF MESA POLICE MANUFACT[URE] FALSE NARRATIVES TO incarcerate. Conduct is ASSERTED TO be non-professional AND ILLEGAL

LIST ALL WITNESSES TO THE INCIDENT, INCLUDING THEIR ADDRESSES AND TELEPHONE NUMBERS: FRANCES ENGLEKA 5415 E. BALTIMORE ST- Mesa 85205 4802175??

SKYLAR WHEATON    SAME    480 462 9?2

WERE YOU INJURED?  ☐ No   ☒ Yes

List all injuries that you sustained in the incident: largE Bruising Upper & Lower EXTREMITIES

List all healthcare providers (physical or mental) who treated you in connection with this incident. After your claim is filed, City claims may contact you to authorize the release of your medical records relating to your injuries so we can review your claim.

Name of Treating Provider(s):
Address(es):

Treatment Is: ☐ Completed  ☐ Ongoing

WHAT IS THE SPECIFIC AMOUNT FOR WHICH YOUR CLAIM CAN BE SETTLED?

$ 250,000.00

DESCRIBE WHAT THIS AMOUNT IS BASED UPON:

% of City Police Budget

PLEASE ATTACH COPIES OF ALL SUPPORTING DOCUMENTS SUCH AS WRITTEN ESTIMATES, BILLS, RECEIPTS, PHOTOS, AND STATEMENTS FROM SUPPORTING WITNESSES.

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM.**

I have reviewed this claim form, and I certify the information presented is true and correct to the best of my knowledge.

➤ Signed: _[signature]_
Signature of Claimant or Claimant's Authorized Representative

Date: Nov 10, 2017

This form was made available for your convenience. The City does not waive any of its rights or defenses for your failure to comply with all claim requirements under Arizona law. Pursuant to A.R.S. 12-821.01(E), your claim is deemed denied 60 days after the filing of the claim unless you are advised of the denial before the expiration of 60 days.

After you have filed your claim, if you have any questions regarding the processing of your claim, contact City claims at (480) 644-3330. Claim information you file with the City of Mesa is considered public record.



EXS II A.



EXH B



EX5 II C

EXS II D



EX 11 B

EXS II F



EXS G